UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP SULLIVAN JR., *on behalf of himself and all others similarly situated*,

    Plaintiff,

-against-

MCKINSEY & COMPANY, INC.,

    Defendant.

---

Case No.: 18-cv-07623

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, MCKINSEY & COMPANY, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
John William Egan, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 248-5500
JEgan@seyfarth.com

Date: December 11, 2018

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 12/11/18

SO ORDERED

_____
U.S.D.J.